IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ISAAC HAYES ENTERPRISES, LLC, ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BTC, INC., ) <br> ) <br> Defendant. ) | Civil No. 3:25-cv-388 <br> Judge Trauger |

## ORDER CONCERNING UPCOMING
## INITIAL CASE MANAGEMENT CONFERENCE

The initial case management conference in this case is scheduled for June 23, 2025 at 4:00 p.m.

District Judge Aleta Trauger conducts her own initial case management conferences, and they are held **IN PERSON**, not by videoconference or telephone. Counsel is reminded that, as stated in the Notice setting the initial case management conference issued at the beginning of the case, **LEAD COUNSEL** for each party is required to attend the initial case management conference unless excused by order of the court.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE