IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ISAAC HAYES ENTERPRISES, LLC, *a Georgia Domestic Limited Liability Company*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil No. 3:25-cv-388 ) Judge Trauger |
| DONALD JOHN TRUMP, INDIVIDUALLY, DONALD J. TRUMP FOR PRESIDENT2024, INC., REPUBLICAN NATIONAL COMMITTEE, TURNING POINT ACTION, INC., NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., AMERICAN CONSERVATIVEUNION, INC. AND BTC, INC., | ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

The Joint Motion to Stay Proceedings (Doc. No. 143) is GRANTED. The parties shall file an appropriate motion, once the action filed in the Northern District of Georgia has concluded.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE