## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **ISAAC HAYES ENTERPRISES, LLC,** a Georgia Domestic Limited Liability Company, and **ISAAC HAYES, III**, as representative of **THE ESTATE OF ISAAC HAYES,** | |
| **Plaintiffs,** | **Civil Action No. 3:25-cv-00388** |
| v. | **Judge Aleta A. Trauger** |
| **DONALD J. TRUMP,** individually, **DONALD J. TRUMP FOR PRESIDENT 2024, INC., TURNING POINT ACTION, INC.,** and **BTC, INC.,** | |
| **Defendants.** | |

## MOTION FOR WITHDRAWAL OF COUNSEL

COMES now, Defendant BTC, Inc. ("BTC"), in accordance with Local Rules 83.01(g) and (h), and respectfully moves this Court for the withdrawal of Matthew P. Warenzak of Smith, Gambrell & Russell, LLP as counsel of record for BTC. BTC will continue to be represented by Jeremey R. Goolsby of Frost Brown Todd LLP.

In support of this Motion for Withdrawal of Mr. Warenzak as counsel, the undersigned counsel for BTC states as follows:

1.     The withdrawal of Mr. Warenzak will not cause any delay in this case or otherwise prejudice any party.

2.     On April 2, 2025, the Court in a suit pending in the Northern District of Georgia, *Isaac Hayes Enterprises, LLC, et al. v Donald J. Trump, et al., Case No. 1:24-cv-03639-TWT* (N.D. Ga.) ("Georgia action"), severed all claims asserted against BTC in its Second Amended Complaint and transferred them to this Court. The transfer resulted in the termination of BTC as

a party in the Georgia action on April 2, 2025. (*See* Docs. 131 and 132; *see also* Clerk's Entries, April 2, 2025 and April 7, 2025).

3.  In an abundance of caution, counsel for BTC files this motion to ensure that Mr. Warenzak is terminated as an attorney of record in the proceedings before *this* Court.

4.  As noted above, Jeremey R. Goolsby of Frost Brown Todd LLP will continue to represent BTC.

5.  Accordingly, counsel for the undersigned requests that the Court terminate Mr. Warenzak as counsel of record in this action.

Dated: July 2, 2025

Respectfully submitted,

*/s/ Jeremey R. Goolsby*
Jeremey R. Goolsby, No. 34505
FROST BROWN TODD LLP
150 3rd Avenue South, Suite 1900
Nashville, Tennessee 37201
615-251-5550 Telephone
jgoolsby@fbtlaw.com

*Counsel for Defendant BTC, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2025, a true and correct copy of the foregoing was served via electronic delivery upon all parties consenting to electronic service through the Court's CM/ECF system:

David Goldman
MUSIC CITY LAW, PLLC
1033 Demonbreun Street
Suite 300
Nashville, Tennessee 37203
Telephone: (615)-200-068
david@musiccityfirm.com

Brittney R. Dobbins
3379 Peachtree Road, NE
Suite 700
Atlanta, GA 30326
Telephone: 877-274-0646
brittney@bdobbinsesq.com

James L. Walker Jr.
**J. Walker & Associates, LLC**
The Walker Building
3421 Main Street Suite A
Atlanta, GA 30337
Telephone: (770) 847-7363
jjwalker@walkerandassoc.com

*/s/ Jeremey R. Goolsby*

0134810.0793895   4911-4936-9682